SEAN CARMAN  (WA # 24654)
FREDERICK S. PHILLIPS
ROBERT H. FOSTER (OSB 832027)
MATTHEW HENJUM
AUSTIN SAYLOR
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
 (202) 514-2746
sean.carman@usdoj.gov

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| NU-WEST MINING, INC. and<br>NU-WEST INDUSTRIES, INC., | ) <br> ) <br> ) | No. 09-431-E-BLW |
| Plaintiffs/Counterclaim<br>Defendants, | ) <br> ) <br> ) | **UNOPPOSED MOTION OF THE<br>UNITED STATES TO ENTER** |
| v. | ) <br> ) <br> ) | **STIPULATION AND ORDER<br>CONCERNING PLAINTIFFS'<br>LIABILITY UNDER CERCLA** |
| UNITED STATES OF AMERICA, | ) <br> ) | |
| Defendant/Counterclaimant. | ) <br> ) | |

Plaintiffs Nu-West Industries, Inc. and Nu-West Mining, Inc. ("Plaintiffs"), and Defendant the United States of America ("United States"), (collectively, "the Parties"), have filed today in this action a Stipulation and Order Concern Plaintiffs' Liability Under CERCLA.

By this motion, the United States hereby respectfully requests that the Parties' Stipulation and Order be entered as an order of this Court.

Undersigned counsel for the United States has consulted with counsel for Plaintiffs, who has confirmed that the Plaintiffs do not oppose this motion.

WHEREFORE, the United States respectfully requests that this Court enter the Parties' Stipulation and Order Concerning Plaintiffs' Liability under CERCLA as an order of this Court.

                                      Respectfully submitted,

                                      IGNACIA S. MORENO
                                      Assistant Attorney General
                                      Environment and Natural Resources Division

<u>March 10, 2011</u>               <u> s/ *Sean Carman*</u>
Date                             FREDERICK S. PHILLIPS
                                      SEAN CARMAN  (WASH 24654)
                                      U.S. Dept. of Justice
                                      P.O. Box 7611, Ben Franklin Station
                                      Washington, D.C.  20044
                                      (202) 514-2746
                                      Fax (202) 514-4180
                                      sean.carman@usdoj.gov

                                      ROBERT H. FOSTER  (OSB 832027)
                                      U.S. Department of Justice
                                      999 18th Street, South Terrace, Suite 370
                                      Denver, CO  80202
                                      (303) 844-1362
                                      fax (303) 844-1350
                                      mobile (303) 901-9611
                                      Robert.Foster2@usdoj.gov
                                      rfoster@ix.netcom.com

                                      MATTHEW B. HENJUM (MN # 0390572)
                                      AUSTIN SAYLOR
                                      U.S. Department of Justice
                                      P.O. Box 23986
                                      Washington, D.C. 20026-3986
                                      (202) 514-2285
                                      Facsimile: (202) 514-8865
                                      matthew.henjum@usdoj.gov

                                      Attorneys for Defendant/Counter-Claimant
                                      United States of America

CERTIFICATE OF SERVICE

      I hereby certify that on March 10, 2011, I delivered a copy of the foregoing Motion to Enter Stipulation and Order Concern Plaintiffs' Liability Under CERCLA to the following by electronic mail, at the electronic mail address indicated, with the written agreement of the recipients:

Jonathan W. Rauchway
Zach C. Miller
Jerome A. DeHerrera
Davis, Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado  80202
jon.rauchway@dgslaw.com
zach.miller@dgslaw.com
jerome.deherrera@dgslaw.com

Jeffrey C. Fereday
Michael C. Creamer
Givens Pursley LLP
601 W. Bannock Street
Boise, Idaho  83702
JeffFereday@givenspursley.com
mcc@givenspursley.com


 March 10, 2011                                                                               s/*Sean Carman*
Date                                                                                    Sean Carman